This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Michael Ellis v. Laura Woodruff, AGC Leasing LLC, Go-To Transport, Inc.

| | |
|---|---|
| Case Number | 10D06-2201-CT-000009 |
| Court | Clark Superior Court 6 |
| Type | CT - Civil Tort |
| Filed | 01/19/2022 |
| Status | 01/19/2022 , Pending  (active) |

## Parties to the Case

**Defendant   Woodruff, Laura**

Address
7302 N. Jennings Road
Mount Morris, MI 48458

Attorney
Alyson Marie Kern
*#3527029, Lead, Retained*

Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
317-638-4521(W)

Attorney
Erin A Clancy
*#2196249, Retained*

KIGHTLINGER & GRAY LLP
One Indiana Square - Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
317-638-4521(W)

**Defendant   AGC Leasing LLC**

Address
1322 Washington Ave.
Bay City, MI 48708

Attorney
Alyson Marie Kern
*#3527029, Lead, Retained*

Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
317-638-4521(W)

Attorney
Erin A Clancy
*#2196249, Retained*

KIGHTLINGER & GRAY LLP
One Indiana Square - Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
317-638-4521(W)

Defendant   Go-To Transport, Inc.

Address
1320 Washington Ave.
Bay City, MI 48708

Attorney
Alyson Marie Kern
*#3527029, Lead, Retained*

Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
317-638-4521(W)

Attorney
Erin A Clancy
*#2196249, Retained*

KIGHTLINGER & GRAY LLP
One Indiana Square - Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
317-638-4521(W)

Plaintiff       Ellis, Michael

Attorney
Devon Mikel Sharpe
*#3382949, Retained*

508 E. Main Street
Madison, IN 47250
812-265-5132(W)

## Chronological Case Summary

| 01/19/2022 | **Case Opened as a New Filing** |

| 01/19/2022 | **Appearance Filed** |

Appearance -Devon M. Sharpe

| For Party: | Ellis, Michael |
| File Stamp: | 01/19/2022 |

| 01/19/2022 | **Subpoena/Summons Filed** |

Summons -Laura Woodruff

| Filed By: | Ellis, Michael |
| File Stamp: | 01/19/2022 |

| 01/19/2022 | **Subpoena/Summons Filed** |

Summons - Go To Transport, Inc.

| Filed By: | Ellis, Michael |
| File Stamp: | 01/19/2022 |

| 01/19/2022 | **Subpoena/Summons Filed** |

Summons - AGC Leasing LLC

| Filed By: | Ellis, Michael |
| File Stamp: | 01/19/2022 |

| 01/19/2022 | **Complaint/Equivalent Pleading Filed** |

Complaint

| Filed By: | Ellis, Michael |
| File Stamp: | 01/19/2022 |

| 01/24/2022 | **Appearance Filed** |

Appearance -Alyson M. Kern

| For Party: | Woodruff, Laura |
| For Party: | AGC Leasing LLC |
| For Party: | Go-To Transport, Inc. |
| File Stamp: | 01/24/2022 |

| 01/24/2022 | **Motion for Enlargement of Time Filed** |

Motion for Extension of Time

| Filed By: | Woodruff, Laura |
| Filed By: | AGC Leasing LLC |
| Filed By: | Go-To Transport, Inc. |
| File Stamp: | 01/24/2022 |

| 01/24/2022 | **Order Approving** |
|---|---|
| | Order Granting Motion For Extension Of Time |

| | | |
|---|---|---|
| | Judicial Officer: | Williams, Kyle P. |
| | Order Signed: | 01/24/2022 |

| 01/25/2022 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Approving ---- 1/24/2022 : Alyson Marie Kern;Devon Mikel Sharpe;Erin A Clancy |

| 02/02/2022 | **Certified Mail Returned** |
|---|---|
| | Return of Service |

| | | |
|---|---|---|
| | Party Served: | Ellis, Michael |
| | Date Signed: | 02/02/2022 |

| 02/02/2022 | **Certified Mail Returned** |
|---|---|
| | Return of Service |

| | | |
|---|---|---|
| | Party Served: | Ellis, Michael |
| | Date Signed: | 02/02/2022 |

| 02/07/2022 | **Certified Mail Returned** |
|---|---|
| | Return of Service |

| | | |
|---|---|---|
| | Party Served: | Ellis, Michael |
| | Date Signed: | 02/07/2022 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Ellis, Michael
Plaintiff

### Balance Due (as of 03/01/2022)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 01/19/2022 | Transaction Assessment | 157.00 |
| 01/19/2022 | Electronic Payment | (157.00) |

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Case 4:22-cv-00024-SEB-DML   Document 1-1   Filed 01/19/22   Page 5 of 19 PageID #: 10
Filed: 1/19/2022 10:34 AM
Clerk
Clark County, Indiana
10D06-2201-CT-000039
Clark Superior Court 6

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CLARK _____ COURT |
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO. _____ |

| | |
|---|---|
| MICHAEL ELLIS, | ) |
|       Plaintiff, | ) |
|   VS | ) |
| | ) |
| LAURA WOODRUFF, | ) |
| AGC LEASING LLC, | ) |
| GO-TO TRANSPORT, INC. | ) |
|       Defendants. | ) |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:
    Initiating ☒      Responding ☐      Intervening ☐

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member (s):

   **Michael Ellis**

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information required by Trial Rules 3.1 and 77(B) is as follows:

   Name:    Devon M. Sharpe    Attorney Number: 33829-49

   Address:    508 East Main Street, Madison, Indiana, 47250

   Telephone:    (812) 265-5132

   Facsimile:    (812) 265-5691

   Email:    dsharpe@wjennerlaw.net

3. If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):    **CT**

4. I will accept service by FAX at the above noted number:

   Yes ☐    No ☒

5.     This case involves support issues:

       Yes ☐       No ☒

6.     There are related cases:

       Yes ☐       No ☒

7.     Additional information required by local rules:
       _____

                Respectfully submitted,

       By:    */s/ Devon M. Sharpe*
              Devon M. Sharpe, #33829-49
              508 East Main Street
              Madison, Indiana 47250
              (812) 265-5132

**Serve with Summons.**

STATE OF INDIANA          )        IN THE CLARK _____ COURT
                          ) SS:
COUNTY OF CLARK           )        CAUSE NO. _____

MICHAEL ELLIS,                   )
              Plaintiff,         )
    VS                           )
                                 )
LAURA WOODRUFF,                  )
AGC LEASING LLC,                 )
GO-TO TRANSPORT, INC.            )
              Defendants.        )

### SUMMONS

PLAINTIFF TO DEFENDANT:

(Name)  **Laura Woodruff**

(Address)  **7302 N. Jennings Road, Mount Morris, MI 48458**

You are hereby notified that plaintiff has filed in the Jefferson Superior Court a Complaint.

The nature of the suit against you is stated in the Complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the Complaint in writing, by you or your attorney, within twenty (20) days commencing the date after you receive this summons (or twenty-three (23) days if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

DATED: __1/19/2022_____

_____
CLERK, JEFFERSON SUPERIOR COURT

(Seal)

The following manner of service of Summons is hereby designated: **Registered or certified mail**

Devon M. Sharpe, #33829-49
Attorneys for Plaintiff
508 East Main Street
Madison, Indiana, 47250
Telephone: (812) 265-5132
Facsimile: (812) 265-5691



| STATE OF INDIANA | ) | IN THE CLARK _____ COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO. _____ |

| MICHAEL ELLIS, | ) |
|---|---|
| Plaintiff, | ) |
| VS | ) |
| | ) |
| LAURA WOODRUFF, | ) |
| AGC LEASING LLC, | ) |
| GO-TO TRANSPORT, INC. | ) |
| Defendants. | ) |

**SUMMONS**

PLAINTIFF TO DEFENDANT:

(Name)  **Go-To Transport, INC.**

(Address)  **1320 Washington Ave., Bay City, MI 48708**

You are hereby notified that plaintiff has filed in the Jefferson Superior Court a Complaint.

The nature of the suit against you is stated in the Complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the Complaint in writing, by you or your attorney, within twenty (20) days commencing the date after you receive this summons (or twenty-three (23) days if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

DATED: __1/19/2022_____

_Susan Popp_ (signature)

_____
CLERK, JEFFERSON SUPERIOR COURT

(Seal)

The following manner of service of Summons is hereby designated: **Registered or certified mail**

Devon M. Sharpe, #33829-49
Attorneys for Plaintiff
508 East Main Street
Madison, Indiana, 47250
Telephone: (812) 265-5132
Facsimile: (812) 265-5691



STATE OF INDIANA ) IN THE CLARK _____ COURT
) SS:
COUNTY OF CLARK ) CAUSE NO. _____

MICHAEL ELLIS, )
        Plaintiff, )
  VS )
)
LAURA WOODRUFF, )
AGC LEASING LLC, )
GO-TO TRANSPORT, INC. )
        Defendants. )

**SUMMONS**

PLAINTIFF TO DEFENDANT:

(Name)  **AGC Leasing LLC**

(Address)  **1322 Washington Ave., Bay City, MI 48708**

    You are hereby notified that plaintiff has filed in the Jefferson Superior Court a Complaint.

    The nature of the suit against you is stated in the Complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

    You must answer the Complaint in writing, by you or your attorney, within twenty (20) days commencing the date after you receive this summons (or twenty-three (23) days if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

DATED: 1/19/2022 _____

_____
CLERK, JEFFERSON SUPERIOR COURT

    (Seal)

The following manner of service of Summons is hereby designated: **Registered or certified mail**

Devon M. Sharpe, #33829-49
Attorneys for Plaintiff
508 East Main Street
Madison, Indiana, 47250
Telephone: (812) 265-5132
Facsimile: (812) 265-5691



| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE CLARK | _____ COURT |
| | ) SS: | | |
| COUNTY OF CLARK | ) | CAUSE NO. | _____ |

MICHAEL ELLIS, )
        Plaintiff, )
   VS )
  )
LAURA WOODRUFF, )
AGC LEASING LLC, )
GO-TO TRANSPORT, INC. )
        Defendants. )

## COMPLAINT

Comes now Plaintiff, Michael Ellis, by counsel, Devon M. Sharpe, for his complaint against Defendants, Laura Woodruff, AGC Leasing LLC and GO-TO Transport, Inc., says:

1. Plaintiff is a resident of Jefferson County, Indiana.

2. Defendant, Laura Woodruff ("Woodruff"), is a resident of Michigan.

3. Defendant, AGC Leasing LLC, is a limited liability company in the State of Michigan with a principal address of 1322 Washington Ave., Bay City, MI 48708.

4. Defendant, Go-To Transport, Inc. is a foreign for-profit corporation from the State of Michigan with a principal address of 1320 Washington Ave., Bay City, MI 48708.

5. Woodruff was acting as an agent for either or both AGC Leasing Group LLC and/or Go-To Transport, Inc.

6. On or about January 24, 2020, Woodruff was operating a tractor-trailer in a northerly direction in the center lane on Interstate 65 in Clark County, Indiana.

7. Plaintiff was traveling in a northerly direction in the right lane on Interstate 65 in Clark County, Indiana.

8. At such time and place, Woodruff changed lanes and struck the left rear of the motor vehicle Plaintiff was operating, causing Plaintiff's vehicle to spin.

9. Woodruff then struck Plaintiff a second time in the front of his vehicle.

10. The collision was proximately caused by the negligence of Woodruff.

11. As a direct and proximate result of the Defendant, Laura Woodruff's, negligence, Plaintiff was injured and has suffered, and will continue to suffer severe, permanent injuries, pain and suffering, impairment of his quality of life and medical expenses.

**WHEREFORE**, Plaintiff, Michael Ellis, prays:

(a) For judgment against Defendant, Laura Woodruff, in such amount as is reasonably necessary to compensate him for his loss, costs, injuries and damages;

(b) For trial by jury;

(c) For such other relief as may be just and equitable.


By:  *Devon M. Sharpe*
Devon M. Sharpe, #33829-49
508 East Main Street
Madison, Indiana 47250
Telephone: (812) 265-5132
Fax: (812) 265-5691

**Serve with Summons.**

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CLARK SUPERIOR COURT 6 |
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO. 10D06-2201-CT-000009 |

| | |
|---|---|
| MICHAEL ELLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAURA WOODRUFF, | ) |
| AGC LEASING LLC AND | ) |
| GO-TO TRANSPORT INC., | ) |
| | ) |
| Defendants. | ) |

**APPEARANCE FORM (CIVIL)**
**RESPONDING PARTY**

1. Please enter my appearance for:

   **DEFENDANTS, LAURA WOODRUFF, AGC LEASING LLC AND GO-TO TRANSPORT INC.**

2. Attorney information (as applicable for service of process):

   | | | |
   |---|---|---|
   | **Name:** | Erin A. Clancy | Atty. Number:  21962-49 |
   | **Address:** | KIGHTLINGER & GRAY, LLP<br>One Indiana Square, Suite 300<br>211 N. Pennsylvania Street<br>Indianapolis, IN  46204 | Telephone:  (317) 638-4521<br>Facsimile:  (317) 636-5917<br>Email: eclancy@k-glaw.com |
   | **Name:** | Alyson M. Kern | Attorney No:   35270-29 |
   | **Address:** | KIGHTLINGER & GRAY, LLP<br>One Indiana Square, Suite 300<br>211 N. Pennsylvania Street<br>Indianapolis, IN 46204 | Telephone: (317) 638-4521<br>Facsimile: (317) 636-5917<br>Email: akern@k-glaw.com |

3. Will responding party accept FAX service:  Yes ____  No  X

4. Additional information required by state or local rule:

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By: */s/Alyson M. Kern*_____
Erin A. Clancy, I.D. No. 21962-49
Alyson M. Kern, I.D. No. 35270-29
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of January, 2022, the foregoing was electronically filed with the Clark County Superior Court 6 and was served – through the Court's E-Filing system – on the following:

Devon M. Sharpe
JENNER, PATTISON & SHARPE
508 E. Main Street
Madison, IN 47250
dsharpe@wjennerlaw.net

*/s/Alyson M. Kern*_____
Alyson M. Kern

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
eclancy@k-glaw.com
akern@k-glaw.com

220055\61792731-1

2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CLARK SUPERIOR COURT 6 |
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO. 10D06-2201-CT-000009 |

| | |
|---|---|
| MICHAEL ELLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAURA WOODRUFF, | ) |
| AGC LEASING LLC AND | ) |
| GO-TO TRANSPORT INC., | ) |
| | ) |
| Defendants. | ) |

## **MOTION FOR EXTENSION OF TIME**

Defendants, Laura Woodruff, AGC Leasing LLC and Go-To Transport Inc., by counsel, respectfully move the Court for an extension of time in which to file an Answer or other response to Plaintiff's Complaint, and in support of said Motion would show the Court:

1. That Plaintiff's Complaint was filed on January 19, 2022.

2. That no prior extensions have been requested and this request is not being made for purposes of delay.

3. That the Answer herein is due no earlier than February 11, 2022.

4. Said extension of time shall expire on March 14, 2022, as thirty (30) days is Sunday, March 13, 2022.

5. That such extension of time is necessary in order for Defendants' counsel to confer with Defendants and to prepare an appropriate answer or other response.

6. Plaintiff's counsel has no objection to Defendants' request for an extension of time to file an Answer.

WHEREFORE, Defendants, Laura Woodruff, AGC Leasing LLC and Go-To Transport Inc., pray that the time for filing an answer or other response to the Plaintiff's Complaint be extended for a period of thirty (30) days, to and including March 14, 2022.

        Respectfully submitted,

        KIGHTLINGER & GRAY, LLP

By:    */s/Alyson M. Kern*_____
      Erin A. Clancy, I.D. No. 21962-49
      Alyson M. Kern, I.D. No. 35270-29
      *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January, 2022, the foregoing was electronically filed with the Clark County Superior Court 6 and was served – through the Court's E-Filing system – on the following:

Devon M. Sharpe
JENNER, PATTISON & SHARPE
508 E. Main Street
Madison, IN  47250
dsharpe@wjennerlaw.net

        */s/Alyson M. Kern*_____
        Alyson M. Kern

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
eclancy@k-glaw.com
akern@k-glaw.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CLARK SUPERIOR COURT 6 |
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO. 10D06-2201-CT-000009 |

| | |
|---|---|
| MICHAEL ELLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAURA WOODRUFF, | ) |
| AGC LEASING LLC AND | ) |
| GO-TO TRANSPORT INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

This cause came before the Court upon the motion of the Defendants, Laura Woodruff, AGC Leasing LLC and Go-To Transport Inc., for an extension of time in which to answer or otherwise respond to the Plaintiff's Complaint, and the Court having reviewed same, now GRANTS said motion.

IT IS THEREFORE ORDERED that Defendants are granted an extension of time of thirty (30) days, to and including March 14, 2022, within which to answer or otherwise respond to the Plaintiff's Complaint.

DATED: 1/24/2022

_____
JUDGE, Clark Superior Court 6

Copies to all counsel of record via CM/ECF

777777\61787011-1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Go-To Transport, Inc.
1320 Washington Avenue
Bay City, MI 48708

9590 9402 6630 1028 6212 96

2. Article Number (Transfer from service label)

7020 2450 0000 8805 2579

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X MC CV19 871
☐ Agent
☐ Addressee

B. Received by (Printed Name)
M Little

C. Date of Delivery
1-29-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ML GV.1987  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>M L, He  1-29-22 |
| 1. Article Addressed to:<br>AGC Leasing LLC<br>1322 Washington Avenue<br>Bay City, MI 48708 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6630 1028 6213 02 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7020 2450 0000 8805 2586 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Laura Woodruff
7302 N. Jennings Road
Mount Morris, MI 48458

9590 9402 6630 1028 6212 89

2. Article Number (Transfer from service label)

7020 0640 0001 9870 8950

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Laura Woodruff
☐ Agent
☐ Addressee

B. Received by (Printed Name): LAURA WOODRUFF
C. Date of Delivery: 01-31-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt