Case 4:22-cv-00024-SEB-DML   Document 1-2 Filed 03/01/22   Page 1 of 2 PageID #: 25

Filed: 1/19/2022 10:34 AM
Clerk
Clark County, Indiana

10D06-2201-CT-000009
Clark Superior Court 6

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CLARK _____ COURT |
| | ) SS: | |
| COUNTY OF CLARK | ) | CAUSE NO. _____ |

| | |
|---|---|
| MICHAEL ELLIS, | ) |
|         Plaintiff, | ) |
| VS | ) |
| | ) |
| LAURA WOODRUFF, | ) |
| AGC LEASING LLC, | ) |
| GO-TO TRANSPORT, INC. | ) |
|         Defendants. | ) |

## **COMPLAINT**

Comes now Plaintiff, Michael Ellis, by counsel, Devon M. Sharpe, for his complaint against Defendants, Laura Woodruff, AGC Leasing LLC and GO-TO Transport, Inc., says:

1. Plaintiff is a resident of Jefferson County, Indiana.

2. Defendant, Laura Woodruff ("Woodruff"), is a resident of Michigan.

3. Defendant, AGC Leasing LLC, is a limited liability company in the State of Michigan with a principal address of 1322 Washington Ave., Bay City, MI 48708.

4. Defendant, Go-To Transport, Inc. is a foreign for-profit corporation from the State of Michigan with a principal address of 1320 Washington Ave., Bay City, MI 48708.

5. Woodruff was acting as an agent for either or both AGC Leasing Group LLC and/or Go-To Transport, Inc.

6. On or about January 24, 2020, Woodruff was operating a tractor-trailer in a northerly direction in the center lane on Interstate 65 in Clark County, Indiana.

7. Plaintiff was traveling in a northerly direction in the right lane on Interstate 65 in Clark County, Indiana.

8. At such time and place, Woodruff changed lanes and struck the left rear of the motor vehicle Plaintiff was operating, causing Plaintiff's vehicle to spin.

9. Woodruff then struck Plaintiff a second time in the front of his vehicle.

10. The collision was proximately caused by the negligence of Woodruff.

11. As a direct and proximate result of the Defendant, Laura Woodruff's, negligence, Plaintiff was injured and has suffered, and will continue to suffer severe, permanent injuries, pain and suffering, impairment of his quality of life and medical expenses.

**WHEREFORE**, Plaintiff, Michael Ellis, prays:

(a) For judgment against Defendant, Laura Woodruff, in such amount as is reasonably necessary to compensate him for his loss, costs, injuries and damages;

(b) For trial by jury;

(c) For such other relief as may be just and equitable.

By: *Devon M. Sharpe*
Devon M. Sharpe, #33829-49
508 East Main Street
Madison, Indiana 47250
Telephone: (812) 265-5132
Fax: (812) 265-5691

**Serve with Summons.**